IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00892-BNB

AMAR BOMANI MAWUSI-ZULU,

    Plaintiff,

v.

R. WILEY, (Warden), A.D. MAX Florence, CO,
T. JAVERNICK (C.M.C.) A.D. MAX Florence, CO,
RICK J. MARTINEZ (Mailroom ISO), A.D. MAX Florence, CO,
DAN W. ROY (Mailroom ISO),
DIANNO KRIST (Mailroom) A.D. MAX, Florence, CO,
L. VIGIL (Mailroom ISO), A.D. MAX Florence, CO,
UNKNOWN U.S. POSTAL INSPECTOR, DENVER, CO POST OFFICE, and
UNKNOWN U.S. POSTAL INSPECTOR, WASHINGTON D.C. POST OFFICE, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Plaintiff Amar Bomani Mawusi-Zulu is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

In an order filed on May 1, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence this civil action, granted Mr. Mawusi-Zulu leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006), and directed him to pay an initial partial filing fee of $53.00 within thirty days. On May 9, 2007, Magistrate Judge Boland granted Mr. Mawusi-Zulu's request for an extension of time in which to

pay the initial partial filing fee. On May 15, 2007, Mr. Mawusi-Zulu submitted to and filed with the Court a motion titled "Motion for Voluntary Dismissal."

The Court must construe liberally the May 15, 2007, motion because Mr. Foster filed the motion on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the May 15 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion titled "Motion for Voluntary Dismissal" that Plaintiff Amar Bomani Mawusi-Zulu submitted to and filed with the Court *pro se* on May 15, 2007, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of May 15, 2007, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that the motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 24 day of May, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00892-BNB

Amar Bomani Mawusi-Zulu
Reg. No. 18300-016
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/24/07

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk